DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER
ROBERT G. HAGAN

I, Robert G. Hagan, hereby make the following declaration with respect to the above-captioned matter:

1. I am a Supervisory Detention and Deportation Officer (SDDO) employed by the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), New Orleans, Louisiana Field Office. I have been employed with ICE since June 1997. I have served as an SDDO since 2015.

2. My duties as SDDO include, among other things, responsibility for the overall management of the Alexandria Staging Facility, a sub-component of the ERO New Orleans Field Office located in Alexandria, Louisiana. The subject matter of this declaration involves my official duties as SDDO and is based on personal knowledge and information made known to me in the course of my professional duties.

3. Alexandria Staging Facility (ASF) accepts detainees from around the country for removal back to the respective detainee's country of origin. Hundreds of detainees are removed daily through the ASF. On average, approximately 600 detainees move in and out of the ASF per day. Even though ASF conducts a high volume of removals and these removals can originate from any of the 24 ICE/ERO Field Offices, erroneous removals are rare.

4. The ERO Field Office that has administrative control over any given case is responsible for working the case until a final order of removal has been secured and is responsible for having a detained alien manifested for a chartered removal flight through ICE AIR Operations (IAO). A submission from that office is sent to IAO requesting a seat on a flight for the detainee to be approved and placed on that removal flight. At that point, an

email from the ERO Field Office retaining control of the case is sent to IAO for the detainee to be placed on a removal manifest by IAO and cleared for removal. IAO updates the computer-generated manifest so it can be emailed to the appropriate personnel. This generally happens at least a week or more in advance of the removal flight. Once the detainee is manifested by IAO, the ERO Field Office retaining control of the case transfers the detainee to ASF for this office to place the detainee on the flight. In general, the detainee is transferred to ASF on a normal IAO flight that makes stops at the various ERO field offices on a weekly basis in order to stage the detainees for removal at ASF the week prior to their scheduled removal flights. The docket control remains the responsibility of the ERO Field Office that is in charge of the case. Once a removal flight is scheduled, a request is also submitted for room and board for ASF to accept the detainee and place the detainee on the approved flight. The detainee is usually at ASF for approximately a week, if all flights go on schedule. ASF does not have control of each case in order to check each detainee to ensure that the removal can proceed because control remains with the responsible ERO Field Office. It is dependent on the ERO Field Office retaining control of the case to review each case to confirm that there is no impediment to removal and notify ASF if there is an impediment to removal.

5. While a detainee is physically detained at ASF awaiting removal, control of the case remains with the originating ERO Field Office. A court-ordered stay of removal and all other case-related decisions, including custody decisions, remain the responsibility of the ERO Field Office with administrative control over the case. If a stay of removal is granted by a court, that information is relayed to ASF by the Field Office with administrative control over the case to have the subject removed from any scheduled

removal flight and returned to the ERO Field Office with administrative control over the case.

6. In an effort to avoid erroneous removals in the future, New Orleans ERO management will communicate with the other Field Offices to let them know that stay notices should be sent to the NOL-Stays e-mail box. This box is monitored by the New Orleans Field Office and stays are noted in an alert tab in Enforcement Alien Removal Module (EARM). EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. It is accessible by all of ERO, including the Deportation Officers at ASF. In addition, supervisors at ASF will have access to the NOL-Stays e-mail box as a safeguard against EARM not being reviewed or timely updated. Furthermore, upon being notified that a detainee's removal has been stayed, that his case has been remanded for further administrative proceedings, that he has been granted administrative relief from removal, or upon learning of any other circumstance that would prevent immediate removal, ASF will generally immediately coordinate the return of the detainee to the ERO Field Office with administratively control over the case as soon as a notification is made. In such cases, IAO will be notified in order for them to have the subject removed from the manifest of any scheduled removal flight. Finally, ASF management has counseled and spoken with all the officers at ASF on the appropriate procedures and the importance of taking all available steps to avoid any erroneous removal in the future.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of September, 2019

_____
Robert G. Hagan
Supervisory Detention and Deportation Officer
ICE New Orleans Field Office